1
 Suzanne Taheri, Petitioner v. Christopher Beall, in his official capacity as Colorado Deputy Secretary of State and Jena Griswold, in her official capacity as Colorado Secretary of State, Respondents No. 24SC291
Supreme Court of Colorado, En Banc
November 4, 2024
 
           Court
 of Appeals Case No. 23CA501
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
           CHIEF
 JUSTICE MÁRQUEZ and JUSTICE SAMOUR would grant as to
 the following issue:
 
 
          Whether
 the statute of limitations for a publicly filed campaign
 financial disclosure can toll for a complainant for failure
 to discover the purported violation until presented to her
 for filing by a political activist.